UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF ARKANSAS
Western Division

Catherine L. Taylor,

        Plaintiff,

Versus                                          Civil Action No.
                                                            4:10-CV-00282-BSM

Tenant Tracker, Inc. a/k/a Result Matrix, Inc.,     JURY DEMANDED
        Defendants.

## PROTECTIVE ORDER

        Pursuant to the telephonic conference held in this matter on January 13, 2011, between the parties, which then resulted in the drafting of this Motion and Order for Protective Order, this Court finds that a protective order should be entered by the Court on the following terms. It is, therefore, ORDERED that:

1.     Any document disclosed, which is asserted by either of the parties to contain or constitute confidential information, shall be so designated by said party or non-party in writing and shall be segregated from non-confidential information being disclosed, subject to the rights of the other party to move the court to deem such document[s] not subject to the protective order. Documents so designated shall be marked "CONFIDENTIAL."

2.     In the absence of prior written permission from the party asserting confidential treatment, or an order by the Court, any confidential documents disclosed in accordance with the provisions of paragraph 1, above, shall not be disclosed further to any person other than: (i) the parties' attorneys in this action, including any necessary personnel assisting such attorneys, (ii) qualified persons taking testimony, (iii) experts and their staff who are employed for purposes of this litigation, and (iv) the Court and any personnel of the Court including members of any jury impaneled to hear this case.

3.     Confidential information submitted in accordance with the provisions of paragraph 1, above, shall not be made available to any person designated in paragraph 2 (i) or (iii) unless he or she shall have first read this order, agreed to be bound by the terms thereof, agreed not to reveal such confidential documents to anyone other than persons designated in paragraph 3, above.

4.     Any confidential documents submitted to the court in connection with a motion, trial or other proceeding within the purview of this lawsuit shall be submitted as set forth in paragraph 1, above, and shall be maintained by the Clerk under seal.

5.  The parties and their attorneys shall take all reasonable and necessary steps to preserve the confidentiality of documents ultimately designated confidential in accordance with paragraph 1, above.

6.  This protective order shall remain binding after the conclusion of this litigation unless otherwise ordered by the Court.

7.  Nothing in this order shall preclude any party from using its own confidential documents in any manner it chooses.

8.  Nothing in this order shall preclude any party from making a motion to the Court seeking revocation of the protection afforded by this protective order with respect to any document such party believes is not entitled to protection. Pending an order from a Court granting such a motion, the protections specified in this protective order shall remain in force and effect.

Dated: 1/14/2011

_____
**JUDGE**

Respectfully submitted,

/s/ David A. Szwak

_____
David A. Szwak, La.BR #21157, TA
Bodenheimer, Jones & Szwak, LLC
416 Travis Street, Suite 1404
Mid South Tower
Shreveport, Louisiana 71101
(318) 424-1400
FAX 221-6555
Counsel for Plaintiff

/s/ Larry R. Boyd

_____
Richard M. Abernathy , TA
Larry R. Boyd, TA
Abernathy Roder Boyd & Joplin, P.C.
1700 Redbud Boulevard
Suite 300
McKinney, TX 75070
214-544-4000
Counsel for Defendant

and
Patrick C. McDaniel, TA
Page, Thrailkill, and McDaniel
311 DeQueen Street
Mena, AR 71953
479-394-3091
479-394-3092 fax
Email: pcm@arklawyer.com
Counsel for Defendant